1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   UNITED STATES OF AMERICA,

8                               Plaintiff,          CASE NO. CR15-157-RAJ

9              v.
                                                    DETENTION ORDER
10  DONALD E. SVENSON,

11                              Defendant.

12

13  <u>Offense charged</u>:        Distribution of Heroin (two counts)

14  <u>Date of Detention Hearing</u>:     April 30, 2015.

15         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

16  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

17  that no condition or combination of conditions which defendant can meet will reasonably assure

18  the appearance of defendant as required and the safety of other persons and the community.

19            <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

20         1.      Defendant has been charged with a drug offense, the maximum penalty of which

21  is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

22  dangerousness and flight risk, under 18 U.S.C. § 3142(e).

23         2.      Defendant does not have a viable release address.  He has significant mental

DETENTION ORDER
PAGE - 1

health and substance abuse issues. His criminal record includes a number of failures to appear and he was either on or had recently completed a term of state probation at the time of the alleged commission of the charged offenses. He has been unemployed since 2007.

3.    Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 30th day of April, 2015.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 2