JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-157-RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| v. | ) | MOTION TO MODIFY SENTENCING |
| | ) | PROCEDURE AND TO EXPEDITE |
| DONALD E. SVENSON, | ) | SENTENCING |
| Defendant. | ) | |
| | ) | |

THE COURT has considered the stipulated motion to modify the sentencing procedure and to expedite sentencing in this case.

There being good cause, IT IS ORDERED that the Stipulated Motion to Expedite Sentencing (Dkt. #18) is GRANTED and sentencing shall be held on July 10, 2015 at 3:30 p.m.

THE COURT FURTHER GRANTS the request to modify the sentencing schedule, and directs the Probation Office to prepare a single, final presentence report due one week before the sentencing date scheduled by the Court. The government and defense memoranda are due four days before the sentencing date.

DATED this 2nd day of June, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
MODIFY SENTENCING PROCEDURE
(Donald E. Svenson, CR15-157-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**